**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edgar Nemecio BARAJAS–ESPINOZA, aka Edgar Barajas, aka Edgar Nemecio Barajas–Espinoza, Defendant–Appellant.**

No. 13–10667.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2015.*

Filed March 16, 2015.

Carolyn Marie Nedder, Esquire, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Dan W. Montgomery, Law Office of Dan Montgomery, Tucson, AZ, for Defendant–Appellant.

Before: WALLACE, M. SMITH, and WATFORD, Circuit Judges.

### MEMORANDUM **

The district court correctly held that Edgar Nemecio Barajas–Espinoza's prior conviction for rape of a child in the second degree, Wash. Rev.Code § 9A.44.076(1), qualifies as a "crime of violence" under United States Sentencing Guidelines § 2L1.2(b)(1)(A)(ii). In *United States v. Valencia–Barragan,* 608 F.3d 1103 (9th

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Cir.2010), we held that "a conviction under section 9A.44.076(1) categorically constitutes sexual abuse of a minor under the first generic definition" of that offense and therefore qualifies as a "crime of violence." *Id.* at 1107. Barajas–Espinoza points to no subsequent precedent that undermines *Valencia–Barragan,* which controls here. As a result, the district court did not err by applying the 16–level enhancement. U.S.S.G. § 2L1.2(b)(1)(A).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.